No. 00–5402 (00A88). IN RE SORIA. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

AUGUST 1, 2000

No. 99–845. NIAGARA MOHAWK POWER CORP. *v.* LOCAL 97, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 46.1.

AUGUST 7, 2000

No. D–2080. IN RE DISBARMENT OF O'GRADY. Disbarment entered. [For earlier order herein, see 526 U. S. 1156.]

No. D–2134. IN RE DISBARMENT OF GROSKIN. Disbarment entered. [For earlier order herein, see 528 U. S. 1072.]

No. D–2158. IN RE DISBARMENT OF FRESE. Disbarment entered. [For earlier order herein, see 529 U. S. 1085.]

No. D–2161. IN RE DISBARMENT OF SOKOLOW. Disbarment entered. [For earlier order herein, see 529 U. S. 1127.]

No. D–2163. IN RE DISBARMENT OF FRIEDLER. Disbarment entered. [For earlier order herein, see 529 U. S. 1127.]

No. D–2164. IN RE DISBARMENT OF CARLSON. Robert Bent Carlson, of North Port, Fla., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on May 22, 2000 [529 U. S. 1127], is discharged.